Writ denied. No error of law under the facts found by the Court of Appeal.

159 So.2d 284

**UNITED GAS PIPE LINE COMPANY**

**v.**

**NEW ORLEANS TERMINAL COMPANY.**

No. 46996.

Jan. 20, 1964.

In re: New Orleans Terminal Company applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 156 So.2d 297.

Writ refused. On the facts found by the Court of Appeal, we find no error of law as to the issues finally disposed of in Court of Appeal judgment. As to the matters included in the remand, the judgment is not final.

159 So.2d 284

**HUMBLE OIL & REFINING COMPANY**

**v.**

**Donald H. JONES et al.**

No. 47010.

Jan. 20, 1964.

In re: Humble Oil & Refining Company applying for certiorari or writ of review

to the Court of Appeal, Third Circuit, Parish of Acadia. 157 So.2d 110.

Writ refused. We find that the result is correct.